UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 11-327 RHK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INFORMATION** |
| Plaintiff, ) | |
| ) | (18 U.S.C. § 554) |
| v. ) | (22 U.S.C. § 2778) |
| ) | |
| FABIAN LOJANO-LOJANO, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Smuggling Goods From The United States)

On or about July 1, 2010, in the State and District of Minnesota and elsewhere, the defendant,

**FABIAN LOJANO-LOJANO,**

fraudulently and knowingly did export and send and attempt to export and send from the United States certain merchandise, articles and objects, to-wit: a package containing defense articles, namely, AK-47 rifle parts, without first obtaining a valid export license contrary to 22 U.S.C. § 2778(b)(1) and 22 C.F.R. § 123.1, all in violation of Title 18, United States Code, Section 554.

Dated: October 6, 2011

B. TODD JONES
United States Attorney

BY: STEVEN L. SCHLEICHER
Assistant U.S. Attorney
Attorney ID No. 260587

SCANNED
OCT 12 2011
U.S. DISTRICT COURT ST. PAUL

FILED OCT 12 2011
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____